

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00806-CV

James **COURAGE**,
Appellant

v.

**AMERICAN EXPRESS BANK**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI05845
Honorable Richard Price, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  January 10, 2018

DISMISSED FOR WANT OF PROSECUTION

After the trial court clerk filed a notification of late record stating the clerk's record had not been filed because appellant had failed to make arrangements to pay the clerk's fee, we issued an order directing appellant to provide written proof by December 22, 2017 that either: (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. Our order stated that this appeal would be dismissed for want of prosecution if appellant failed to timely respond. Appellant has not filed

any written response to our order.  Accordingly, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

PER CURIAM